**ORIGINAL**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 SEP 24  AM 11 54

STEPHAN HARRIS, CLERK
CHEYENNE

CHRISTOPHER A. CROFTS
United States Attorney
MARK A. KLAASSEN
C. LEVI MARTIN
Assistant United States Attorneys
District of Wyoming
P. O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123
mark.klaassen@usdoj.gov
cmartin1@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HOSPITALITY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PINNACLE BANCORP INC. d/b/a PINNACLE BANK, <br><br> Defendant. | Case No. 12CV00095-F |

### UNITED STATES' NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes and intends to proceed with this action. The United States intends to file its complaint within 30 days.

The Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers previously filed in

this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds.

A proposed order accompanies this notice.

Respectfully submitted this 23rd day of September, 2013.

                CHRISTOPHER A. CROFTS
                United States Attorney

By: *Mark Klaassen*
                MARK A. KLAASSEN
                Assistant United States Attorney

                C. LEVI MARTIN
                Assistant United States Attorney