CHRISTOPHER A. CROFTS
United States Attorney
MARK A. KLAASSEN
C. LEVI MARTIN
Assistant United States Attorneys
District of Wyoming
P. O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123
mark.klaassen@usdoj.gov
christopher.martin1@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **HOSPITALITY MANAGEMENT, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12CV00095-F |
| **PINNACLE BANK - WYOMING d/b/a PINNACLE BANK**, | ) ) ) ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

The United States of America, through the United States Attorney, District of Wyoming, and Assistant United States Attorney Mark A. Klaassen, and hereby move this Court for leave to amend its complaint in intervention pursuant to Fed. R. Civ. P. 15(a)(2). In support thereof, the undersigned states as follows:

1. Plaintiff filed its original complaint in intervention on October 28, 2013.

2. The United States filed a first amended complaint in intervention on December 13, 2013, to correct the name of the Defendant in this matter.

3. The United States inadvertently failed to include a motion for leave to amend this pleading, as required by Fed. R. Civ. P. 15 (a)(2), and is therefore filing this motion to correct that error.

4. The United States has conferred with counsel for Defendant, and the opposing party has no objection to this motion.

WHEREFORE, the United States request that the Court grant it leave to amend its complaint in intervention, thereby making the amended pleading filed December 13, 2013, the operative complaint.

DATED this 13th day of January, 2014.

    Respectfully submitted,

    CHRISTOPHER A. CROFTS
    United States Attorney

By:    */s/ Mark A. Klaassen*
    MARK A. KLAASSEN
    Assistant United States Attorney

    C. LEVI MARTIN
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 13, 2014, I served a copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT** to all parties via electronic filing notice, and by mail to:

MICHAEL A. LABAZZO
Law Offices of Michael A. LaBazzo, LLC
1285 Sheridan Avenue, Suite 220
P.O. Box 2016
Cody, WY 82414
On behalf of the Defendant

                                         */s/ Vaughna Warburton*
                                         VAUGHNA WARBURTON
                                         United States Attorney's Office