THE LAW OFFICES OF MICHAEL A. LABAZZO, LLC
MICHAEL A. LABAZZO
Attorney for Defendant
1285 Sheridan Avenue, Suite 220
Cody, WY 82414
Telephone: 307.587.6115
Facsimile: 307.587.0252
mlabazzo@bresnan.net

BAIRD HOLM, LLP
STEVEN D. DAVIDSON
Attorney for Defendant
1700 Farnam Street, Suite 1500
Omaha, NE 68102
Telephone: 402.636.8227
Facsimile: 402.344.0588
sdavidson@bairdholm.com

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. HOSPITALITY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PINNACLE BANK – WYOMING d/b/a PINNACLE BANK, <br><br> Defendant. | Case No. 12CV00095-F |

## JOINT MOTION TO EXTEND FILING DEADLINE

COMES NOW the Parties by and through their individual Counsel, and move to extend the statutory deadline for Plaintiff to file a possible Rule 12(f) Motion to Strike certain equitable Affirmative Defenses alleged by Defendants. The parties have agreed to allow Defendant's Counsel time to further research the availability of certain of its alleged equitable affirmative defenses. In return, the parties have agreed and hereby request that Plaintiff have until February 18, 2014 to file its Rule 12 (f) Motion to Strike, if the parties cannot reach a subsequent agreement regarding Defendant Amending its Answer and Affirmative Defenses.

DATED this 3rd day of February, 2014.

MICHAEL A. LABAZZO (6-4297)

By: /s/ Michael A. LaBazzo
Law Offices of Michael A. LaBazzo, LLC
1285 Sheridan Avenue, Suite 220
Cody, WY 82414
Telephone: (307) 587-6115
Facsimile: (307) 587-0252
mlabazzo@bresnan.net
*Attorney for Defendant Pinnacle Bank – Wyoming*

CHRISTOPHER A. CROFTS

By: /s/ Mark A. Klaassen
MARK A. KLAASSEN
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123
mark.klaassen@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Michael A. LaBazzo, hereby certify that I served a true and correct copy of this Joint Motion to Extend Filing Deadline upon the following named parties via electronic filing notice on the 3rd day of February, 2014.

Christopher A. Crofts
United States Attorney
Mark A. Klaassen
C. Levi Martin
Assistant United States Attorneys
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003

By: /s/ Michael A. LaBazzo
MICHAEL A. LABAZZO
*Attorney for Defendant*