CHRISTOPHER A. CROFTS
United States Attorney
MARK A. KLAASSEN (WY 6-4511)
C. LEVI MARTIN (WY 6-3781)
Assistant United States Attorneys
District of Wyoming
P. O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123
mark.klaassen@usdoj.gov
christopher.martin1@usdoj.gov

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. | ) | |
| HOSPITALITY MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12CV00095-F |
| | ) | |
| PINNACLE BANK – WYOMING | ) | |
| d/b/a PINNACLE BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO EXTEND MOTION TO STRIKE
## FILING DEADLINE

COMES NOW, the United States of America, by and through the United States Attorney for the District of Wyoming, and Mark Klaassen, Assistant United States Attorney, and hereby moves to extend the deadline for Plaintiff to file a possible Rule 12(f) Motion to Strike.  On April 15, 2014, the parties attended mediation before the Hon. William F. Downes.  The parties made substantial progress toward settlement, but had to postpone the conclusion of that mediation until Monday, April 21, 2014.  Presently, the Plaintiff's deadline to file a possible Rule 12(f) Motion to Strike is April 18, 2014.  The United States prefers to conclude mediation before filing that motion, and Defendant has agreed to a short extension for that purpose.  The United States therefore requests that it have until April 25, 2014 to file its Rule 12(f) Motion to Strike.  This requested extension will not interfere with any other deadlines and is unopposed.

DATED this 17th day of April, 2014.

CHRISTOPHER A. CROFTS
United States Attorney

_____/s/ Mark A. Klaassen___
MARK A. KLAASSEN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served April 17, 2014 upon the U.S.

Trustee, Defendant's counsel and all other parties registered as CMF/ECF users in this case via

the Court's CMF/ECF electronic mail service.


  */s/ Becki Hunter*
BECKI HUNTER
United States Attorney's Office