CHRISTOPHER A. CROFTS
United States Attorney
MARK A. KLAASSEN (WY 6-4511)
C. LEVI MARTIN (WY 6-3781)
Assistant United States Attorneys
District of Wyoming
P. O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
mark.klaassen@usdoj.gov
christopher.martin1@usdoj.gov

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> HOSPITALITY MANAGEMENT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PINNACLE BANK – WYOMING ) <br> d/b/a PINNACLE BANK, ) <br> ) <br> Defendant. ) | Case No. 12CV00095-F |

### JOINT STATUS REPORT

Comes now, Plaintiff, United States of America and Defendant, Pinnacle Bank – Wyoming, through counsel and provides the following Joint Status Report.

On Monday April 21, 2014, the parties completed another mediation session with the Honorable William F. Downes (Ret.), and are very near a final settlement. The parties anticipate that an agreement may be reached as early as Tuesday, April 22, 2014, which would eliminate the need for further involvement of the Court in this matter.

For this reason, the parties advise the Court that the required Joint Case Management Report will not be filed today, April 21, 2014, as required. The parties appreciate the indulgence of the Court in this regard and will file the report in the event a settlement is not reached in the anticipated timeframe.

//

//

//

//

//

//

//

Respectfully submitted this 21st day of April, 2014.

        CHRISTOPHER A. CROFTS

        By*: /s/ Mark A. Klaassen*
           MARK A. KLAASSEN
           Assistant United States Attorney
           District of Wyoming
           P.O. Box 668
           Cheyenne, WY 82003-0668
           Telephone: 307-772-2124
           Facsimile: 307-772-2123
           mark.klaassen@usdoj.gov
           *Attorney for Plaintiff*


        MICHAEL A. LABAZZO (6-4297)

        By:  */s/ Michael A. LaBazzo*
           Law Offices of Michael A. LaBazzo, LLC
           1285 Sheridan Avenue, Suite 220
           Cody, WY 82414
           Telephone: (307) 587-6115
           Facsimile: (307) 587-0252
           mlabazzo@bresnan.net
           *Attorney for Defendant Pinnacle Bank –*
           *Wyoming*