THE LAW OFFICES OF MICHAEL A. LABAZZO, LLC
MICHAEL A. LABAZZO
Attorney for Defendant
1285 Sheridan Avenue, Suite 220
Cody, WY 82414
Telephone: 307.587.6115
Facsimile: 307.587.0252
mlabazzo@bresnan.net

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) | |
| HOSPITALITY MANAGEMENT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12CV00095-F |
| ) | |
| PINNACLE BANK – WYOMING ) | |
| d/b/a PINNACLE BANK, ) | |
| ) | |
| Defendant. ) | |

## UPDATED JOINT STATUS REPORT

Comes now, Defendant, Pinnacle Bank-Wyoming, and Plaintiff, United States of America through counsel and provides the following Updated Joint Status Report.

Since Monday April 21, 2014, when the parties completed another mediation session with the Honorable William F. Downes (Ret.), counsel have agreed in principle on the terms of a settlement. The parties and their counsel are currently reviewing and circulating drafts of a proposed Settlement Agreement.

The parties appreciate the indulgence of the Court and anticipate the eventual filing of a Stipulated Dismissal with prejudice, thereby eliminating the further involvement of the Court in this matter.  Given the agreement in principle to settle this matter, the parties respectfully request that the Court vacate all pending dates and deadlines, and stay the case until further notice.

Respectfully Submitted this 24th day of April 2014.

By: */s/ Michael A. LaBazzo*
MICHAEL A. LABAZZO (6-4297)
Law Offices of Michael A. LaBazzo, LLC
1285 Sheridan Avenue, Suite 220
Cody, WY 82414
Telephone: (307) 587-6115
Facsimile: (307) 587-0252
mlabazzo@bresnan.net
*Attorney for Defendant*
*Pinnacle Bank – Wyoming*


CHRISTOPHER A. CROFTS

By: */s/ Mark A. Klaassen*
MARK A. KLAASSEN
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123
mark.klaassen@usdoj.gov
*Attorney for Plaintiff*