UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. HOSPITALITY MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 12CV00095-F |
| PINNACLE BANK – WYOMING d/b/a PINNACLE BANK, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the United States of America, Hospitality Management, Inc. ("Relator"), and Defendant Pinnacle Bank – Wyoming ("Pinnacle") (collectively "the parties") hereby notify the Court of the voluntary dismissal of this action with prejudice as to Relator, and with prejudice to the United States as to the "Covered Conduct" described in the Settlement Agreement, pursuant to the terms and conditions of the Settlement Agreement among the parties.

Relator, on behalf of itself, its successors, attorneys, agents, and assigns, stipulates that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that it will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that it expressly waives the opportunity for a hearing on any objection to the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B).

In addition, the parties request that only those documents already made public, together with this Joint Stipulation, and the accompanying Order remain unsealed. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period, along with memoranda and supporting documents) should remain under seal and not be made public.

A proposed order accompanies this Stipulation.

DATED: 6/6/14

CHRISTOPHER A. CROFTS
United States Attorney

BY: *Mark Klaassen*

MARK A. KLAASSEN (WY Bar #6-4511)
Assistant United States Attorney
District of Wyoming

DATED: 6/6/14   BY: *[signature]*

SHAUNA ITRI
Counsel for Hospitality Management, Inc.

DATED: 6/6/14   BY: *[signature]*

MICHAEL A. LABAZZO (WY Bar #6-4297)
Counsel for Pinnacle Bank - Wyoming