# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. | ) | |
| HOSPITALITY MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12CV00095-F |
| | ) | |
| PINNACLE BANK – WYOMING | ) | |
| d/b/a PINNACLE BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The Parties having submitted a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and for good cause shown, the Court rules as follows:

IT IS HEREBY ORDERED as follows:

1.     This action is dismissed with prejudice as to Relator, and with prejudice to the United States as to the "Covered Conduct" described in the Settlement Agreement, pursuant to the terms and conditions of the Settlement Agreement among the parties;

2.     The Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, and are not subject to challenge pursuant to 31 U.S.C. § 3730(c)(2)(B).

3.     Only those documents already made public in this case, together with the Joint Stipulation of Dismissal, and this Order will remain unsealed.  All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period, along with memoranda and supporting documents) shall remain under seal and not be made public.

IT IS SO ORDERED,

DATED this _____ day of _____, 2014.

_____
HONORABLE NANCY FREUDENTHAL
United States District Court Judge